HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNIBANK; AND U & I FINANCIAL CORP.; SUNG WAN KIM, PETER PARK, and KWI SUN KIM,<br><br>Plaintiffs,<br><br>v.<br><br>GREAT AMERICAN SECURITY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:25-cv-01261-BJR<br><br>**ORDER ON STIPULATED MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS** |

The parties have stipulated and agreed to an extension that on December 12, 2025, Plaintiffs UniBank and U & I Financial Corp (together, "UniBank") will file and serve its response to Great American Security Insurance Company's ("Great American") Motion to Dismiss by filing and serving an Unopposed Motion to Amend the Amended Complaint, or in the alternative, by December 19, 2025, file and serve a Motion for Leave to Amend.

**ORDER ON STIPULATED MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS - 1**
CASE NO.: 2:25-CV-01261-BJR

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

It is hereby ORDERED AND ADJUDGED that: UniBank shall file a stipulated or unopposed Motion to Amend on or before December 12, 2025, or in the event that Great American does not consent to that filing, UniBank shall, in the alternative, file a motion for leave to amend on or before December 19, 2025.

DONE AND ORDERED this 5th day of December 2025.

_____
HONORABLE BARBARA J. ROTHSTEIN

**ORDER ON STIPULATED MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS - 2**
CASE NO.: 2:25-CV-01261-BJR

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Attorney for Defendant Great American Security Insurance Company*
Jonathan Toren, WSBA No. 46896
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, WA 98101
jtoren@cozen.com

*Attorneys for Plaintiffs Sung Wan Kim, Peter Park, and Kwi Sun Kim*
Greg Hayes, WSBA No. 7311
Charles Davis, WSBA No. 38231
HARPER HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, WA 98101-3115

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing Certificate of Service is true and correct.

By: */s/ Mardrey M. Lavine*
Mardrey M. Lavine, Legal Assistant

CERTIFICATE OF SERVICE - 1
CASE NO.: 2:25-CV-01261-BJR

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052